FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNSHINE MOTOR INN, LLC., <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN MUTUAL INSURANCE COMPANY, a foreign insurance company, <br><br> Defendant. | NO: 1:19-CV-3106-RMP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 13. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulated Motion for Order of Dismissal with Prejudice, **ECF No. 13**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** July 7, 2020.

                              *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                             United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2