AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SUNSHINE MOTOR INN, LLC.,

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| AUSTIN MUTUAL INSURANCE COMPANY, a foreign insurance company, | ) |
| | ) |
| *Defendant* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 07, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-3106-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The parties Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 13, is GRANTED.  Plaintiff's Complaint
is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Rosanna Malouf Peterson _____ on a motion for
dismissal.

Date:  <u>July 7, 2020</u>

CLERK OF COURT

<u>SEAN F. McAVOY</u>

<u>s/ Virginia Reisenauer</u>
*(By) Deputy Clerk*

<u>Virginia Reisenauer</u>